Tyler R. Andrews (SBN CA 250686)
Blake Thomas (SBN CA 354775)
**GREENBERG TRAURIG, LLP**
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
Tyler.Andrews@gtlaw.com
Blake.Thomas@gtlaw.com

Attorneys for Plaintiffs
Rebecca Alexander and John Petrillo

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ALEXANDER and JOHN PETRILLO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREAS ROELL; EVROS GROUP; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.  3:25-cv-1794-WQH-DDL<br><br>**PLAINTIFFS REBECCA ALEXANDER AND JOHN PETRILLO'S NOTICE OF PARTIES WITH FINANCIAL INTEREST (L.R. 40.2)** |

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Local Rule 40.2, Plaintiffs Rebecca Alexander and John Petrillo, by their undersigned counsel, certify that the following parties may have a financial interest in the outcome of this case:

1. Plaintiff Rebecca Alexander
2. Plaintiff John Petrillo
3. Defendant Andreas Roell
4. Defendant Evros Group LLC
5. Defendant Carib Ventures LLC

DATED: July 15, 2025          GREENBERG TRAURIG, LLP

By */s/ Tyler R. Andrews*
Tyler R. Andrews
Blake Thomas
Attorneys for Plaintiffs
Rebecca Alexander and John Petrillo